UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CIVIL ACTION |
| JAY BERTHELOT | 23-179-SDD-RLB |
| AND | |
| IN THE MATTER OF | MISC. ACTION |
| JAY BERTHELOT | 23-54-SDD-RLB |

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr., dated September 28, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Civil Action No. 23-179 and Miscellaneous Case No. 23-mc-54 are DISMISSED WITH PREJUDICE as frivolous.

**IT IS FURTHER ORDERED** that the pending motions (R. Doc. 3 and R. Doc.7) are DENIED AS MOOT.

Signed in Baton Rouge, Louisiana, on this 29 day of November, 2023.

*Shelly D. Dick*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.